UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VERHINES,<br><br>        Plaintiff,<br><br>    v.<br><br>SHIRLEY N. WEBER, *in her official capacity as California Secretary of State*,<br><br>        Defendant. | Case No. 1:24-cv-01111-EPG<br><br>ORDER TO COMPLETE AND RETURN SERVICE DOCUMENTS<br><br>(ECF No. 7)<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Andrew Verhines proceeds *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 1, 3). On October 2, 2024, the Court screened Plaintiff's complaint and concluded that Plaintiff sufficiently stated claims under the First Amendment and the Equal Protection Clause to proceed past the screening stage. (ECF No. 7). The Court noted that it would issue an order in due course providing service documents to Plaintiff that he must complete and return so that Defendant may be served. (*Id.* at 1).

Accordingly, IT IS ORDERED as follows:

1. Service is appropriate for the following Defendant:

    a. Secretary of State of California Shirley N. Weber;

2. The Clerk of Court shall SEND Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint (ECF No. 1);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One (1) completed USM-285 form;

   b. One (1) completed summons for Defendant Shirley N. Weber along with two (2) copies of this same summons;

   c. Three (3) copies of the endorsed Complaint;

4. Plaintiff need not attempt service on the Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshals Service to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. <u>Failure to comply with this order may result in the dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **October 4, 2024**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2