UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW VERHINES,<br><br>          Plaintiff,<br><br>     v.<br><br>SHIRLEY N. WEBER, *in her official capacity as California Secretary of State*,<br><br>          Defendant. | Case No. 1:24-cv-01111-EPG<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 9) |

    Plaintiff Andrew Verhines proceeds *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 1, 3). On October 2, 2024, the Court screened Plaintiff's complaint and concluded that Plaintiff sufficiently stated claims under the First Amendment and the Equal Protection Clause to proceed past the screening stage. (ECF No. 7). Plaintiff has since returned documents to the Court for purposes of serving Defendant. (ECF No. 9).

    Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court is directed to forward the following documents to the U.S. Marshal:
   a) The three returned summonses;
   b) The returned USM−285 form;
   c) The three returned copies of the complaint; and
   d) Two copies of this order;

1

2. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

   a. **Secretary of State of California Shirley N. Weber**

3. The United States Marshal Service is DIRECTED to retain a copy of the summons, a copy of the complaint, and a copy of this order in its files for future use.

4. The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing the request for waiver, the United States Marshal shall:

   a) Personally serve process and a copy of this order upon that defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

   b) Within ten days after personal service is effected, the United States Marshal shall file the return of service for that defendant, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said defendant. Said costs shall be enumerated on the USM−285 form and shall include the costs incurred by the United States Marshal for photocopying additional copies of the summons and complaint and for preparing new USM−285 forms, if required. Costs of service will be taxed against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. In the event that a defendant makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshals Service need not personally serve the defendant.

\\\
\\\
\\\

7. In the event that a defendant either waives service or is personally served, the defendant is required to respond to the Complaint.

IT IS SO ORDERED.

Dated:   **October 9, 2024**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE