1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

ANDREW VERHINES,

Case No.  1:24-cv-01111-KES-EPG

12

Plaintiff,

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

13

v.

Docs. 40, 45, 54, 59

14

SHIRLEY N. WEBER,

15

Defendant.

16
17

18      Plaintiff Andrew Verhines proceeds pro se and in forma pauperis in this civil action.

19  Generally, he claims that California's filing fee structure for candidates seeking to run in a

20  primary for a seat in the House of Representatives in the United States Congress violates the First

21  and the Fourteenth Amendments.

22      On May 9, 2025, defendant Shirley N. Weber filed a motion to dismiss plaintiff's first

23  amended complaint.  Doc. 40.  On May 29, 2025, plaintiff filed a motion for a preliminary

24  injunction regarding the allegations in his first amended complaint.  Doc. 45.  On July 28, 2025,

25  plaintiff filed a motion for leave to file a second amended complaint.  Doc. 54.  The motions were

26  referred to a United States magistrate judge for the preparation of findings and recommendations.

27  Docs. 41, 48, 58.

28  ///

On September 18, 2025, the assigned magistrate judge issued findings and recommendations, recommending that (1) plaintiff's motion for leave to file a second amended complaint be granted in part, with plaintiff permitted to file the second amended complaint to proceed only on his First Amendment and Equal Protection Clause claims regarding California's filing-fee and signature-in-lieu requirements as set forth in his lodged second amended complaint, and with plaintiff not permitted to proceed on his newly proposed claim regarding his access to a voter guide; (2) defendant's motion to dismiss plaintiff's first amended complaint be denied as moot; and (3) plaintiff's motion for a preliminary injunction regarding the allegations in his first amended complaint be denied as moot.  Doc. 59.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 30 days after service.  *Id.* at 9.  No party has filed objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.  The findings and recommendations issued on September 18, 2025, Doc. 59, are ADOPTED in full.

2.  Plaintiff's motion for leave to file a second amended complaint, Doc. 54, is GRANTED IN PART insofar as plaintiff is permitted to file the second amended complaint to proceed only on his First Amendment and Equal Protection Clause claims regarding California's filing-fee and signature-in-lieu requirements as set forth in his lodged second amended complaint.  Plaintiff's motion is DENIED IN PART insofar as plaintiff shall not be permitted to proceed on his newly proposed claim regarding his access to a voter guide.

3.  The Clerk of the Court is directed to file plaintiff's second amended complaint, Doc. 55, on the docket.

4.  This case proceeds on the second amended complaint only on plaintiff's First Amendment and Equal Protection Clause claims regarding California's filing-fee and signature-in-lieu requirements.

2

5. Defendant's motion to dismiss the first amended complaint, Doc. 40, is DENIED as moot.

6. Plaintiff's motion for a preliminary injunction, Doc. 45, is DENIED as moot.

7. Defendant is directed to respond to the second amended complaint (once filed) within the time provided under the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a).


IT IS SO ORDERED.

Dated:   December 28, 2025   

_____
UNITED STATES DISTRICT JUDGE

3